**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 15, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00619-CV

_____

## IN RE AQUILA NORVELL, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-70099**

## MEMORANDUM OPINION

On September 8, 2020, relator Aquila Norvell filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Linda Marie Dunson, presiding judge of the 309th District Court of Harris County, to vacate her July 13, 2020 order appointing relator as the child's possessory conservator and appointing the child's great-grandmother as the child's sole managing conservator.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A); 52.7(a)(1), (2). Accordingly, we dismiss relator's petition for writ of mandamus. We also dismiss relator's emergency motion to stay as moot.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.